UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 13 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re:  YVONNE BECKER.<br><br>_____<br><br>YVONNE BECKER,<br><br>                  Petitioner,<br><br>  v.<br><br>UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF<br>CALIFORNIA, OAKLAND,<br><br>                  Respondent,<br><br>WELLS FARGO & COMPANY; et al.,<br><br>                  Real Parties in Interest. | No.    20-72805<br><br>D.C. No. 4:20-cv-01803-JST<br>Northern District of California,<br>Oakland<br><br>ORDER |

Before:  W. FLETCHER, BERZON, and BYBEE, Circuit Judges.

This petition for a writ of mandamus raises issues that warrant an answer.

*See* Fed. R. App. P. 21(b).  Accordingly, within 14 days after the date of this order,

the real parties in interest shall file an answer.

The district court, within 14 days after the date of this order, may address the

petition if it so desires.  The district court may elect to file an answer with this

court or to issue a supplemental order and serve a copy on this court.  Petitioner

may file a reply within 5 days after service of the answer(s).  The petition,

answer(s), and any reply shall be referred to the next available argument panel.

*See* 9th Cir. Gen. Ord. 3.3(f).

The Clerk shall serve this order on the district court and District Judge Jon S. Tigar.